X FILED          RECEIVED
ENTERED          SERVED ON

1/9/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ MAM _____ DEPUTY

JOANN COFFEY
30 N. Gould St.,
Sheridan, WY 82801
424-522-2335
jccoffey@kguinternational.com
Defendant, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

1 | RONALD G. WAYNE, an individual,     | Case No.: 2:25-cv-02401
2 |                                      |
3 |        Plaintiff,          | DEFENDANT'S MOTION TO DISMISS
4 |                            | FOR IMPROPER VENUE PURSUANT
5 |        v.                  | TO FRCP 12(b)(3)
6 |                            |
7 | JOANN COFFEY, an individual;      |
8 | KGU INTERNATIONAL LLC;            |
9 | JC COFFEY FOUNDATION, INC.,       |
10 |                            |
11 |        Defendants.          |
12 | _____|
13 |
14 |     COMES NOW Defendant JOANN COFFEY, appearing pro se, and moves this Court to
15 | dismiss the above-entitled action for improper venue pursuant to Federal Rule of Civil 16 | Procedure 12(b)(3). In support thereof, Defendant alleges as follows:
17 |
18 | I. INTRODUCTION
19 | This action arises from a contractual relationship governed by a Consulting Services Agreement
20 | signed on July 3, 2025. That Agreement contains a mandatory forum-selection clause requiring
21 | all legal proceedings to be brought exclusively in Broward County, Florida.
22 |
23 | II. STATEMENT OF FACTS
24 | 1.  The parties are bound by a Consulting Services Agreement (Contract No. KGU-RGW-
25 | CONSULTING-2025-001).

26 | 2.  Section 7.1 of the Agreement states: "All legal proceedings related to this Agreement shall

27 | be brought exclusively in the state or federal courts located in Broward County, Florida."

28 | 3.  Plaintiff filed this action in the District of Nevada in direct violation of Section 7.1.

1 | III. ARGUMENT

2 | Under FRCP 12(b)(3), a court must dismiss or transfer a case filed in the wrong venue. The

3 | Supreme Court has held that forum-selection clauses should be given controlling weight. Because

4 | Section 7.1 mandates Florida as the exclusive venue, this Court is an improper forum and the

5 | Complaint must be dismissed.

6 |

7 | IV. NDA PROTECTION AND EVIDENCE

8 | Pursuant to the Mutual Non-Disclosure Agreement (NDA) Section 3.1, Defendant possesses

9 | the signed contract but is prohibited from public disclosure. Defendant will produce the signed

10 | Agreement for in camera review or under seal to prove the venue requirements upon the entry

11 | of a protective order.

12 |

13 | PRAYER FOR RELIEF

14 | WHEREFORE, Defendant prays that this Court dismiss the Complaint for improper venue.

15 |

16 | DATED: January 9, 2026.            Respectfully submitted,

17 |

18                                                              /s/Joann Coffey____

19 |                          JOANN COFFEY, Defendant Pro Se

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

**28 |**