UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD G. WAYNE, | Case No.2:25-CV-2401 JCM (BNW) |
| Plaintiff(s), | |
| v. | ORDER |
| JOANN COFFEY, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Ronald G. Wayne ("Wayne")'s motion for preliminary injunction. (ECF No. 8). Defendants Joann Coffey ("Coffey"), KGU International LLC (a Wyoming domestic LLC), KGU International LLC (a Florida foreign LLC), and JC Coffey Foundation, Inc. have not responded.

Also before the court is Coffey's motion to dismiss. (ECF No. 13). Wayne filed a response (ECF No. 14), to which Coffey replied (ECF No. 19).

**I.     Background**

Wayne is one of the original co-founders of the Apple Computer Company. (ECF No. 1 at 1). Coffey is an individual who claims to operate KGU International LLC and JC Coffey Foundation Inc., which she represents as an AI consulting firm and a nonprofit organization, respectively. (*Id.* at 2).

Coffey allegedly persuaded Wayne that she could secure investors to finance Coffey's ventures, including the creation of a "functional AI avatar," the development of an "NFT marketplace," and the promotion of Wayne's book and related legal efforts. (*Id.*). Relying on these representations, Wayne funded several trips intended to attract investors and attend business

meetings. (*Id.* at 5–15). Wayne contends that Coffey's representations were false and amounted to fraud.

## II.   Preliminary Injunction

Wayne filed his motion for preliminary injunction without any legal support in violation of Local Rule 7-2. Beyond the conclusory restatements of law from Wayne's complaint, the only legal citations are to *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008) and Federal Rule of Civil Procedure 65(c). (ECF No. 8 at 2, 4). This is insufficient and Wayne's motion for preliminary injunction is denied without prejudice.

## III.   Motion to Dismiss

Coffey moves to dismiss the complaint based on an alleged forum-selection clause that states "[a]ll legal proceedings related to this Agreement shall be brought exclusively in the state or federal courts located in Broward County, Florida." (ECF No. 19). However, Coffey does not provide the court with the alleged agreement. Therefore, the court cannot determine whether a forum-selection clause bars the action before this court and the motion to dismiss is denied without prejudice.

## IV.   Conclusion

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Wayne's motion for preliminary injunction (ECF No. 8) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that Coffey's motion to dismiss (ECF No. 13) be, and the same hereby is, DENIED without prejudice.

DATED February 19, 2026.

_____
UNITED STATES DISTRICT JUDGE