**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD G. WAYNE, an individual, | ) Case No.: 2:25-cv-02401-JCM-BNW |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | ) **MOTION TO WITHDRAW AS COUNSEL** |
| JOANN COFFEY, an individual; | ) |
| KGU INTERNATIONAL LLC, a Florida | ) |
| Foreign LLC; | ) |
| KGU INTERNATIONAL LLC, a Wyoming | ) |
| Domestic LLC; | ) |
| JC COFFEY FOUNDATION, INC., a Florida | ) |
| Domestic Nonprofit Corporation, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |
| | ) |
| | ) |

Plaintiff Ronald G. Wayne, through undersigned counsel, respectfully moves to withdraw as counsel of record pursuant to Supreme Court Rule 115, Nevada Rule of Professional Conduct 1.16, and Local Rule IA 11-6.

1. On February 19, 2026, the Nevada Supreme Court entered an Order suspending undersigned counsel from the practice of law for 1 year, effective February 19, 2026

2. As a result of that suspension, undersigned counsel is required to withdraw from representation in all pending matters.

3. Plaintiff has been informed of counsel's suspension and the necessity of obtaining substitute counsel.

//

WAYNE v. COFFEY/KGU INTERNATIONAL

4. Plaintiff's contact information is as follows:

   Ronald G. Wayne
   4201 Savoy Blvd, Pahrump NV 89061
   702-521-0900
   ronnieg@ezax.net

5. Plaintiff intends to seek substitute counsel. A Motion to Stay Proceedings has been filed concurrently to allow time for substitution of counsel and to avoid prejudice.

6. This motion is made in good faith and is required by operation of the Nevada Supreme Court's suspension order.

Counsel stands ready to promptly transfer the complete case file to substitute counsel upon retention.

WHEREFORE, undersigned respectfully requests that the Court grant this Motion to Withdraw as Counsel and permit Plaintiff a reasonable period to obtain substitute counsel as requested in the concurrently filed Motion to Stay.

DATED this 25th day of February, 2026.

Respectfully submitted,

**/s/ Rulon Huntsman**
 Rulon Huntsman

   IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 26, 2026

-2-

WAYNE v. COFFEY/KGU INTERNATIONAL