**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD G. WAYNE, an individual | ) Case No.: 2:25-cv-02401-JCM-BNW |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| JOANN COFFEY, an individual; | ) |
| KGU INTERNATIONAL LLC, a Florida Foreign LLC; | ) |
| KGU INTERNATIONAL LLC, a Wyoming Domestic LLC; | ) |
| JC COFFEY FOUNDATION, INC., a Florida Domestic Nonprofit Corporation, | ) |
| Defendants | ) |

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel is GRANTED, effective upon entry of this Order.

IT IS FURTHER ORDERED that all proceedings in this matter are STAYED for sixty (60) days from the date of entry of this Order, or until substitute counsel appears, whichever occurs first.

IT IS FURTHER ORDERED that all pending deadlines are tolled during the stay period.

IT IS SO ORDERED.

DATED: ___March 4, 2026_____

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE