X FILED   RECEIVED
ENTERED   SERVED ON

5/27/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ MAM DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD G. WAYNE, an individual, )<br><br>                    Plaintiff, )<br><br>v. )<br><br>JOANN COFFEY, an individual; )<br>KGU INTERNATIONAL LLC, a Florida )<br>Foreign LLC; )<br>KGU INTERNATIONAL LLC, a Wyoming )<br>Domestic LLC; )<br>JC COFFEY FOUNDATION, INC., a Florida )<br>Domestic Nonprofit Corporation, )<br><br>                    Defendants. )<br> )<br> )<br> )<br> )<br> ) | Case No.: 2:25-cv-02401-JCM-BNW<br><br>MOTION FOR LEAVE TO FILE ELECTRONICALLY AS PRO SE LITIGANT AND REQUEST FOR CORRECTED ALIAS SUMMONS |

Plaintiff Ronald G. Wayne respectfully moves this Court for authorization to participate in electronic filing through the Court's CM/ECF system as a pro se litigant and further requests issuance of Corrected Alias Summons as to KGU International LLC and JC Coffey Foundation, Inc.

In support thereof, Plaintiff states as follows:

1.      Plaintiff's former counsel, Rulon J. Huntsman, withdrew pursuant to Order entered February 26, 2026.

2.      Plaintiff is presently proceeding pro se.

3.      Plaintiff registered for PACER/NextGen CM/ECF access; however, the registration request was rejected pending entry of a Court order authorizing pro se electronic filing privileges.

4.      This matter presently involves ongoing service-related deadlines and substitute-service procedures involving the Florida Secretary of State pursuant to Fla. Stat. §48.161.

WAYNE v. COFFEY/KGU INTERNATIONAL

5.    Plaintiff respectfully submits that electronic filing access will materially assist the efficient administration of this matter, including filing service documents, proofs of compliance, proposed summons, notices, and related procedural filings.

6.    Plaintiff further respectfully requests issuance of Corrected Alias Summons because the presently issued summonses continue to identify former counsel despite counsel's withdrawal and do not presently reflect the Florida Secretary of State substituted-service addressing format.

7.    Plaintiff respectfully requests that the corrected summonses identify Plaintiff as:

Ronald G. Wayne
Plaintiff Pro Se
3837 Moonshine Falls Ave.
N. Las Vegas, NV 89085
702-521-0900

8.    Plaintiff further respectfully requests that the summonses directed to KGU International LLC and JC Coffey Foundation, Inc. reflect the substituted-service format:

Defendant Name
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

WHEREFORE, Plaintiff respectfully requests:

A. Leave to participate in CM/ECF electronic filing as a pro se litigant;

B. Issuance of Corrected Alias Summons as described herein; and

C. Such other and further relief as the Court deems just and proper.

DATED this 26th day of May, 2026.


*/s/ Ronald G. Wayne*

RONALD G. WAYNE
Plaintiff Pro Se
3837 Moonshine Falls Ave.
N. Las Vegas, NV 89085
702-521-0900

**ORDER**

This Court GRANTS Plaintiff's request to file electronically under Local Rule IC 2-1 (ECF No. 42). This Court also GRANTS Plaintiff's request for reissuance of service including the information detailed above (ECF No. 43).

DATED: May 29, 2026

_____
UNITED STATES MAGISTRATE JUDGE

-2-

WAYNE v. COFFEY/KGU INTERNATIONAL

 **Gmail**

Ron Wayne <ronnieg@ezax.net>

## NextGen CM/ECF Registration Status

1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>          Tue, May 26, 2026 at 11:52 AM
Reply-To: attorney_registration@nvd.uscourts.gov
To: ronnieg@ezax.net

This email is notification that your NextGen CM/ECF electronic filing registration has been processed.  You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 9087956
Court: NEVADA DISTRICT COURT
Date/Time Submitted: 05/23/2026 23:26:23 CDT
Transaction ID: 31025
Request: Registration
Transaction Status: Rejected
Comment: We are unable to activate e-filing privileges for the District of Nevada at this time. You must file a motion requesting the court's authorization to register. A Pro Se litigant must have an order granting authorization before e-filing privileges will be activated.

NOTE: Please do not reply to this message.  This is an automated message sent from an unmonitored mailbox.  If you have questions or comments, please email them to attorney_registration@nvd.uscourts.gov.