Ronald G. Wayne
6935 Aliante Parkway, Suite 104-416
North Las Vegas, Nevada 89084
Telephone: (775) 727-5750
Email: ronnieg@ezax.net
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **RONALD G. WAYNE, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**JOANN COFFEY, an individual; KGU INTERNATIONAL LLC, a Wyoming limited liability company registered as a foreign limited liability company in Florida; JC COFFEY FOUNDATION, INC., a Florida nonprofit corporation; and DOES 1 through 10, inclusive,**<br><br>Defendants. | **Case No. 2:25-cv-02401-JCM-BNW**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Before the Court is Plaintiff Ronald G. Wayne's Motion for Leave to File Second Amended Complaint. Good cause appearing, and consistent with Fed. R. Civ. P. 15(a)(2),

**IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED.**

**IT IS FURTHER ORDERED that the Clerk of Court is directed to detach Exhibit A to Plaintiff's motion and file it separately on the docket as Plaintiff's Second Amended Complaint.**

**IT IS FURTHER ORDERED that any response to the Second Amended Complaint shall be made within the time provided by the Federal Rules of Civil Procedure and any applicable order of this Court.**

IT IS SO ORDERED:

_______________________________
UNITED STATES DISTRICT / MAGISTRATE JUDGE
DATED: ________________________